UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE ORTIZ, | ) | CASE NO. CV 12-9546-CJC(PJW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) | AND RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its own findings and conclusions.

DATED: May 29, 2013.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r Re Ortiz v. County of Los Angeles.wpd